**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| QUERYTRON LLC,<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>SHUTTERSTOCK, INC.,<br><br>　　　　*Defendant*. | Civil Action No. 1:25-cv-04761-VSB |

**DEFENDANT'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS
MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)
<u>FOR FAILURE TO STATE A CLAIM</u>**

Plaintiff Querytron LLC ("Querytron") filed a Complaint (D.I. 1) asserting infringement of U.S. Patent No. 10,534,820 (the "'820 patent"). Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Shutterstock, Inc. ("Shutterstock") subsequently moved to dismiss the Complaint. (D.I. 14, 15). Thirty-five days after service of Shutterstock's motion, Querytron filed what purported to be a First Amended Complaint ("FAC"). Shutterstock has moved to strike the FAC as procedurally improper and non-compliant with Rule 15 and further explained how any amendment would be futile (D.I. 24).

Out of an abundance of caution, and to ensure no rights are waived, Shutterstock submits this reply. Because the FAC was improperly filed and is subject to Shutterstock's pending motion to strike, and because Querytron has neither sought nor received leave from the Court to file the FAC, the original Complaint remains the operative pleading.

As explained in its Memorandum of Law in Support of its Motion to Dismiss (D.I. 15) and again its Memorandum of Law in Support of its Motion to Strike Plaintiff's First Amended Complaint (D.I. 24), the asserted claims of the '820 patent are invalid under 35 U.S.C. § 101 because they are directed to unpatentable abstract ideas. The claims recite only generalized steps involving basic data processing and information display—mental processes and fundamental activities that have been performed by humans for generations. Courts have consistently held such claims are not eligible for patent protection.

Because Querytron did not file any opposition to Shutterstock's Motion to Dismiss, and Shutterstock has hereby submitted its reply, the motion is now fully briefed and ready for disposition. *See Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303-305 (2d Cir. 2020) (explaining that even if an amended complaint was properly filed, the Court may still rule on a pending motion to dismiss in light of the facts alleged in the amended complaint, especially when

1

the amended complaint is futile). For the foregoing reasons, Shutterstock respectfully requests this Court grant its motion to dismiss all infringement claims of the complaint with prejudice.

Dated: October 2, 2025         /s/ Amol Parikh
                               Amol Parikh (admitted *pro hac vice*)
                               McDermott Will & Schulte LLP
                               444 West Lake Street, Suite 4000
                               Chicago, IL 60606-0029
                               (312) 372-2000
                               amparikh@mwe.com

                               Jayita Guhaniyogi
                               McDermott Will & Schulte LLP
                               One Vanderbilt Avenue
                               New York, NY 10017-3852
                               (212) 547-5400
                               jguhaniyogi@mwe.com

                               Connor Larson (admitted *pro hac vice*)
                               McDermott Will & Schulte LLP
                               444 West Lake Street, Suite 4000
                               Chicago, IL 60606-0029
                               (312) 372-2000
                               clarson@mwe.com

                               *Attorneys for Defendant Shutterstock, Inc.*

## CERTIFICATE OF WORD COUNT

The undersigned certifies that this brief is in compliance with Rule 7.1(c) of the Joint Local Rules for the Southern District of New York and Eastern District of New York. This memorandum of law was prepared in Microsoft Word and includes 337 words excluding those portions of the brief covered by Local Rule 7.1(c).

Dated: October 2, 2025

/s/ Amol Parikh
Amol Parikh (admitted *pro hac vice*)
McDermott Will & Schulte LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
(312) 372-2000
amparikh@mwe.com

*Attorney for Defendant Shutterstock, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 2, 2025, the foregoing was filed electronically and served on all counsel of record.

Dated: October 2, 2025

                                          */s/ Amol Parikh*
                                          Amol Parikh (admitted *pro hac vice*)
                                          McDermott Will & Schulte LLP
                                          444 West Lake Street, Suite 4000
                                          Chicago, IL 60606-0029
                                          (312) 372-2000
                                          amparikh@mwe.com

                                          *Attorney for Defendant Shutterstock, Inc.*