UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUERYTRON LLC,

                Plaintiff,

against

SHUTTERSTOCK, INC.,

                Defendant.

CIVIL ACTION NO.: 25 Civ. 4761 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 18, 2025, Plaintiff filed a First Amended Complaint (the "FAC") in response to Defendant's motion to dismiss the original complaint. (Dkt. No. 23). On September 25, 2025, Defendant filed a motion to strike the FAC. (Dkt. No. 24 (the "MTS")). On October 23, 2025, Plaintiff withdrew the FAC and filed a motion seeking leave to amend the complaint accompanied by a proposed FAC. (Dkt. No. 29 (the "MTA")). That same day, Plaintiff also filed an opposition to the MTS, arguing that the in light of the MTA and withdrawal of the FAC, the MTS should be denied as moot. (Dkt. No. 31). Because the FAC is now withdrawn, the MTS is deemed moot. See Smith v. Silver, No. 14 Civ. 018S (WMS), 2014 WL 1783726, at *3 (W.D.N.Y. May 5, 2014) (rendering motion related to withdrawn complaint moot); Roman v. Fierro, No. 12 Civ. 6123P (DGL), 2012 WL 12951536, at *2 (W.D.N.Y. May 2, 1012) (same).

The Clerk of the Court is respectfully directed to close Dkt. No. 24.

Dated:   New York, New York
         October 27, 2025

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2