UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUERYTRON LLC,

                    Plaintiff,

against

SHUTTERSTOCK, INC.,

                    Defendant.

CIVIL ACTION NO.: 25 Civ. 4761 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial supervision, including non-dispositive pre-trial motions. (Dkt. No. 18). Plaintiff's motion for leave to amend the First Amended Complaint now being fully briefed, (Dkt. Nos. 29 (the "Motion"); 33; 34), the Court will hear oral argument on the Motion telephonically on **November 18, 2025, at 2:30 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:    New York, New York
             November 7, 2025

                                                      _/s/ Sarah L. Cave_
                                                      **SARAH L. CAVE**
                                                      **United States Magistrate Judge**