UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUERYTRON LLC,<br><br>      Plaintiff,<br><br>against<br><br>SHUTTERSTOCK, INC.,<br><br>      Defendant. | CIVIL ACTION NO.: 25 Civ. 4761 (VSB) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Based on the stipulation of voluntary dismissal filed on November 13, 2025 (Dkt. No. 36), the oral argument scheduled for November 18, 2025, at 2:30 p.m. ET is ADJOURNED sine die and all pending deadlines are VACATED.

Dated:  New York, New York
     November 17, 2025

_____
**SARAH L. CAVE**
**United States Magistrate Judge**