IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Querytron LLC,**  Plaintiff,  v.  **Shutterstock, Inc.,**  Defendant. | Case No. 1:25-cv-04761-VSB-SLC  Patent Case  Jury Trial Demanded |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The request to dismiss this matter with prejudice is hereby GRANTED.

SO ORDERED.

Dated: November 19, 2025
New York, New York

_____
VERNON S. BRODERICK
United States District Judge

1